[No. 1373.]
MALONEY v. CROW.

*Appeal from the District Court of El Paso County.*

Messrs. BICKSLER & McLEAN and Mr. FRANK McLAUGHLIN, for appellant.

Mr. JOHN W. SLEEPER and Mr. GEORGE M. IRWIN, for appellee.

PER CURIAM.   The questions involved in this case are the same as those determined in *Maloney v. Love, ante,* p. 288, and counsel have stipulated that the same disposition shall be made of both cases.

The judgment is therefore affirmed.

*Affirmed.*